UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGELA FIGUEROA SORRENTINI,
    Plaintiff,

v.                                                    Civil No. 97-2467(PG)

STUART J. RAMOS BIAGGI, et al.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #15 - pro se Motion. | The request to voluntary dismiss the complaint is granted. No costs or attorney fees |

Date: ~~January~~ March 23, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge