UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGELA FIGUEROA-SORRENTINI,<br>    Plaintiff,<br><br>v.<br><br>STUART J. RAMOS-BIAGGI, et al,<br>    Defendant. | CIVIL NO. 97-2467 (PG) |

## JUDGMENT

The Court has entered an Order granting plaintiff's motion requesting voluntary dismissal without prejudice (Docket No. 15). WHEREFORE it is,

**ORDERED AND ADJUDGED** that the case be **DISMISSED without prejudice** and without imposition of attorney's fees.

San Juan, Puerto Rico ___March 29___, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)